JS6

STEPHEN ZELLER, Bar No. 265664
Email: szeller@shanleyapc.com
CASEY JENSEN, Bar No. 263593
Email: cjensen@shanleyapc.com
members of
SHANLEY, a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>BASILE CABINETS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-02098-RGK-GJS<br><br>[PROPOSED] JUDGMENT<br><br><br>Before the Honorable<br>R. Gary Klausner<br><br><br>DATE: July 25, 2022<br>TIME: 9:00 a.m.<br>CTRM: 850 |

This case came for hearing on July 25, 2022 before the Honorable R. Gary Klausner, United States District Court Judge.

It appearing that defendant, BASILE CABINETS, INC., a California corporation, having been regularly served with process, having failed to plead or otherwise defend this action and his default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST BASILE CABINETS, INC., a California corporation:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $8,672.85 |
| 2. | Liquidated damages based on original contributions | 1,968.70 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to July 25, 2022 (accruing at $2.04 per day) | 658.62 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 1,238.49 |
| | **GRAND TOTAL** | **$12,538.66** |

5. Plus costs to be determined after entry of judgment.

6. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate ~~of~~ ~~___% per annum.~~ provided by law.

DATED: 7/27/2022

*/s/ Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by,

SHANLEY,
A Professional Corporation

By: _____
STEPHEN ZELLER
Attorney for ~~Plaintiffs~~

2